**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED, | |
| Plaintiff, | Case No. 25-cv-00810 |
| v. | **Judge Sharon Johnson Coleman** |
| FOSHAN GREENVIEW TECHNOLOGY CO., LTD., | **Magistrate Judge Heather K. McShain** |
| Defendant. | |

**<u>NOTICE OF DISMISSAL UNDER RULE 41(a)(1)</u>**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Dyson

Technology Limited ("Plaintiff") hereby dismisses this action as to the following Defendants:

| Defendant | Line No. |
|---|:---:|
| Foshan Greenview Technology Co., Ltd. | 1 |
| Huizhou Youmei Technology Co., Ltd. | 2 |
| Quanzhou Conris Electronic Technology Co., Ltd. | 3 |
| Quanzhou Xisong Furniture Co., Ltd. | 4 |
| Shenzhen BeBayBon Technology Company | 5 |
| Shenzhen LCB Technology Co., Ltd. | 6 |
| Shihuanuo (guangdong) Biotechnology Co., Ltd. | 7 |
| Taizhou Changyi Trading Co., Ltd. | 8 |
| Xian FayGi Tech Co., Ltd. | 9 |
| Xuzhou Huaqun International Trade Co., Ltd. | 10 |
| Yiwu Bukhoont Technology Co., Ltd. | 11 |
| Yiwu Intellectual Daily Necessities Co., Ltd | 12 |
| Yiwu Wanshi Electric Co., Ltd. | 13 |
| Yiwu Youxian E-Commerce Co., Ltd. | 14 |
| A3JV40T30RVT0W | 15 |
| AMTBTXL | 16 |
| AnHuiCenLongJianZhuGongChengYouXianGongSi | 17 |
| ASILA Official Store | 18 |
| baikaishui-amz | 19 |
| bofuju | 20 |
| chenli-ssd | 22 |

| CZXMGJSM | 24 |
|---|---|
| dynasty Shop | 25 |
| hai tuo ke ji | 27 |
| HengMi18888 | 28 |
| HKBHD | 29 |
| Jianchang5383 | 31 |
| JMADENQ | 32 |
| neixiangxianranyueshangmaoyouxiangongsi | 37 |
| Phkjfagg | 38 |
| Senmeo-MoS | 39 |
| Szysmd | 41 |
| xiaoLbshdan | 42 |
| YAODONGDIANZI | 43 |
| You Zi Shop | 44 |
| zhanfengshang | 45 |
| zhengzhoutaihao | 46 |
| zhongshanshihuichenzhaomingkejiyouxiangongsi | 47 |

With this dismissal, all remaining Defendants have been dismissed and the above-captioned case can be terminated.

Dated this 9th day of September 2025.        Respectfully submitted,

/s/ Justin T. Joseph
Lawrence J. Crain
Justin R. Gaudio
Justin T. Joseph
Andrew Burnham
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
lcrain@gbc.law
jgaudio@gbc.law
jjoseph@gbc.law
aburnham@gbc.law

*Counsel for Plaintiff Dyson Technology Limited*